HELEN GILPIN, as Administratrix of the Estate of RICHARD GILPIN, Deceased, Respondent, *v.* JACOB RUPPERT, Appellant.

*Gilpin* v. *Ruppert*, 170 App. Div. 405, affirmed.

(Argued March 15, 1918; decided April 2, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 10, 1915, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action under the Employers' Liability Act, to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer. The intestate was employed to wash trucks and was killed by being crushed between the rear of an auto truck and a partly closed door which he was in the act of opening, as plaintiff alleged, by direction of the driver of the motor truck who was intrusted by the defendant with authority to direct intestate to open the said door. It was shown that immediately after directing intestate to open the door and while he was in the act of doing so the driver backed the truck against him.

*Henry W. Killeen* and *Robert M. McCormick* for appellant.

*John C. Robinson* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO and ANDREWS, JJ. Absent: POUND, J. Not sitting: McLAUGHLIN, J.